IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

NATRAM MEETOO,

     Appellant,

 v.                                                          Case No. 5D21-1789
                                           LT Case No. 2021-SC-218

AMERICANA HEATING AND AIR, INC.,

     Appellee.

_____/

Decision filed June 7, 2022

Appeal from the County Court
for Sumter County,
Paul L. Militello, Judge.

Natram Meetoo, Wildwood, pro se.

Laura K. Hargrove, of Gause &
Hargrove, PLLC, Tavares, for
Appellee.

PER CURIAM.

     AFFIRMED.

EISNAUGLE, HARRIS and SASSO, JJ., concur.